UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE. 17-20516-CR-UNGARO

UNITED STATES OF AMERICA,

        Plaintiff,

v.

LUIS GUSTAVO MORENO RIVERA
LEONARDO LUIS PINILLA GOMEZ,

        Defendant.
_____/

## ORDER SETTING PLEA DATE

THIS MATTER is hereby set for Plea before the Hon. Ursula Ungaro at the United States District Court, Eleventh Floor Courtroom, 400 North Miami Avenue, 12-4 Miami, Florida on **AUGUST 14, 2018 at 11:00 A.M.**

DONE and ORDERED in Chambers at the United States District Court, Miami, Florida this 2 day of August, 2018.

                              URSULA UNGARO
                              UNITED STATES DISTRICT JUDGE

cc:  Counsel of record